IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**Richard & Nannette Derrick** : **Chapter 13**
       **Debtors** :
        : **Case No.: 1:18-bk-00509**

### NOTICE

The Debtors, Richard & Nannette Derrick, filed a Motion to Modify Confirmed Chapter 13 Plan, on October 8, 2019. If you object to the relief requested, you must file your objection/response on or before October 29, 2019 with the Clerk of the Bankruptcy Court at the Ronald Reagan Federal Building, 228 Walnut Street, Room 320, Harrisburg, PA 17101 and serve a copy on Debtors'/Movant's counsel, Stephen Wade Parker, at 2 S. Hanover Street, Carlisle PA 17013.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Dated: October 8, 2019        **/s/Stephen Wade Parker**
       Stephen Wade Parker (315606)
       MOONEY & ASSOCIATES
       2 S. Hanover Street
       Carlisle, PA 17013
       swp@mooney4law.com
       (717) 632-4656 Phone
       (717) 632-3612 Fax