**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  RICHARD C. DERRICK            CHAPTER 13
         NANNETTLE M. DERRICK            CASE NO.: 1:18-bk-00509
                DEBTOR

**NOTICE OF ENTRY OF APPEARANCE**

       Kindly enter my appearance on behalf of Debtors Richard C. Derrick and Nannette M.

Derrick for the above referenced case.


                                **By:**  *Nicholas G. Platt*
                                Nicholas G. Platt 327239
                                MOONEY LAW
                                230 York Street
                                Hanover, PA 17331
                                ngp@mooney4law.com
                                (717) 632-4656 Phone
                                (717) 632-3612 Fax


Dated: June 29, 2021