In re: **Richard C. Derrick, Nannette M. Derrick**, Debtor(s)

Case No. **1:18-bk-00509**
Chapter **13**

# Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-9417**

Joint Debtor's Social Security Number: **xxx-xx-1003**

**My (Our) Former Mailing Address and Telephone Number was:**

| | |
|---|---|
| Name: | **Richard C. Derrick and Nannette M. Derrick** |
| Street: | **7362 Windmill Road** |
| City, State and Zip: | **Greencastle, PA 17225** |
| Telephone #: | **301-992-9978** |

**Please be advised that effective May 18, 2022,**
**my (our) new mailing address and telephone number is:**

| | |
|---|---|
| Name: | **Richard C. Derrick and Nannette M. Derrick** |
| Street: | **10064 Timber Ridge Road** |
| City, State and Zip: | **Big Cove Tannery , PA 17212** |
| Telephone #: | |

/s/ Richard C. Derrick
**Richard C. Derrick**
Debtor

/s/ Nannette M. Derrick
**Nannette M. Derrick**
Joint Debtor