# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Richard C Derrick
     Nannette M Derrick

Case No.: 1-18-00509HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | JP Morgan Chase |
| Court Claim Number: | 13 |
| Last Four of Loan Number: | 9538 |
| Property Address if applicable: | 7362 Windmill Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,146.74 |
| b. | Prepetition arrearages paid by the trustee: | $2,146.74 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $2,146.74 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 28, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:    Richard C Derrick
       Nannette M Derrick                    Case No.: 1-18-00509HWV
                                                     Chapter 13

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on March 28, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Chase Records Center- Att: Correspondence Mail
Mail Code LA4-5555
700 Kansas Ln
Monroe LA 71203

Richard C Derrick
Nannette M Derrick
10064 Timber Ridge Rd
Big Cove Tannery PA 17212

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 28, 2023                         /s/ Liz Joyce
                                                            Office of the Standing Chapter 13 Trustee
                                                            Jack N. Zaharopoulos
                                                            Suite A, 8125 Adams Dr.
                                                           Hummelstown, PA 17036
                                                           Phone: (717) 566-6097
                                                           email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-00509  **RICHARD C. DERRICK**

**JPMORGAN CHASE BANK, NA**
3415 VISION DRIVE
ATTN: DEPT. OH-7133
COLUMBUS, OH  43219-

**Sequence:** 24
**Modify:**
**Filed Date:** 4/18/2018 12:00:00AM
**Hold Code:** X

**Acct No:** 9538/PRE ARREARS/7362 WIN

08/19 RELIEF ORDER   SURR'D 2ND AP

| | | Debt: | $2,146.74 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $280,606.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $2,146.74 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **JPMORGAN CHASE BANK, NA** | | | | | | | |
| 520-0 | JPMORGAN CHASE BANK, NA | | 07/11/2019 | 9006152 | $271.26 | $0.00 | $271.26 | 07/11/2019 |
| 520-0 | JPMORGAN CHASE BANK, NA | | 06/06/2019 | 9006065 | $395.00 | $0.00 | $395.00 | 06/06/2019 |
| 520-0 | JPMORGAN CHASE BANK, NA | | 05/09/2019 | 9005983 | $394.99 | $0.00 | $394.99 | 05/09/2019 |
| 520-0 | JPMORGAN CHASE BANK, NA | | 04/11/2019 | 9005897 | $789.99 | $0.00 | $789.99 | 04/11/2019 |
| 520-0 | JPMORGAN CHASE BANK, NA | | 02/07/2019 | 9005728 | $295.50 | $0.00 | $295.50 | 02/07/2019 |
| | | | | **Sub-totals:** | $2,146.74 | $0.00 | $2,146.74 | |
| | | | | **Grand Total:** | $2,146.74 | $0.00 | | |