United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Richard C. Derrick  
Nannette M. Derrick  
    Debtors

Case No. 18-00509-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Mar 28, 2023     Form ID: 3180WJ2     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard C. Derrick, Nannette M. Derrick, 10064 Timber Ridge Road, Big Cove Tannery, PA 17212-9431 |
| 5021103 | | AC&T, 11535 Hopewell Road, PO Box 4217, Hagerstown, MD 21741-4217 |
| 5021104 | + | Better Homes and Gardens, 1716 Locust St, Des Moines, IA 50309-3038 |
| 5021106 | + | Better Homes and Gardens Quilting, 1716 Locust St, Des Moines, IA 50309-3038 |
| 5021109 | + | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5021122 | + | First United Bank & Trust, 19 S. Second Street, Oakland, MD 21550-1517 |
| 5021123 | + | Manufactures & Trade, One Fountain Pl/3rd Fl, Buffalo, NY 14203-1420 |
| 5021124 | + | Rodale, PO Box 3073, Harlin, IN 51593-0137 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | Mar 28 2023 18:43:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 5021107 | + | EDI: CAPITALONE.COM | Mar 28 2023 22:40:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 5021108 | + | Email/Text: ebn@carepayment.com | Mar 28 2023 18:43:00 | Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 5021114 | + | EDI: CITICORP.COM | Mar 28 2023 22:40:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5021115 | + | EDI: CITICORP.COM | Mar 28 2023 22:40:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5021117 | + | EDI: WFNNB.COM | Mar 28 2023 22:40:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5021118 | + | EDI: WFNNB.COM | Mar 28 2023 22:40:00 | Comenity Bank/Sportsmans Guide, Po Box 182125, Columbus, OH 43218-2125 |
| 5021119 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 28 2023 18:43:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburg, PA 15205-3956 |
| 5022952 | | EDI: DISCOVER.COM | Mar 28 2023 22:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5021120 | + | EDI: DISCOVER.COM | Mar 28 2023 22:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5021112 | | EDI: JPMORGANCHASE | Mar 28 2023 22:40:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5021113 | | EDI: JPMORGANCHASE | Mar 28 2023 22:40:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 5049890 | | EDI: JPMORGANCHASE | Mar 28 2023 22:40:00 | JPMorgan Chase Bank, National Association, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 5049386 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 18:49:04 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5022355 | + | Email/Text: camanagement@mtb.com | Mar 28 2023 18:43:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 5043309 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2023 18:43:00 | Midland Funding, LLC, Midland Credit Management, Inc. as agent, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5040014 | | EDI: PRA.COM | Mar 28 2023 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5021861 | + | EDI: RECOVERYCORP.COM | Mar 28 2023 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5044227 | | EDI: Q3G.COM | Mar 28 2023 22:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5047564 | | EDI: Q3G.COM | Mar 28 2023 22:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5021125 | + | EDI: RMSC.COM | Mar 28 2023 22:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5021126 | + | EDI: RMSC.COM | Mar 28 2023 22:40:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5039823 | | EDI: USBANKARS.COM | Mar 28 2023 22:41:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5021121 | | EDI: USBANKARS.COM | Mar 28 2023 22:41:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5021105 | *+ | Better Homes and Gardens, 1716 Locust St, Des Moines, IA 50309-3038 |
| 5021110 | *+ | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5021111 | *+ | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5021116 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Jpmorgan Chase Bank National Association pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pamb@fedphe.com |
| Nicholas G. Platt | on behalf of Debtor 1 Richard C. Derrick ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Nannette M. Derrick ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Thomas Song | on behalf of Creditor Jpmorgan Chase Bank National Association tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Richard C. Derrick | | Social Security number or ITIN: xxx–xx–9417<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Nannette M. Derrick | | Social Security number or ITIN: xxx–xx–1003<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 1:18-bk-00509-HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nannette M. Derrick

3/28/23

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W            **Chapter 13 Discharge**            page 2