In re:  Case No. 18-00509-HWV

Richard C. Derrick  Chapter 13

Nannette M. Derrick

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: May 17, 2023     Form ID: fnldecnd     Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard C. Derrick, Nannette M. Derrick, 10064 Timber Ridge Road, Big Cove Tannery, PA 17212-9431 |
| 5021103 | | AC&T, 11535 Hopewell Road, PO Box 4217, Hagerstown, MD 21741-4217 |
| 5021104 | + | Better Homes and Gardens, 1716 Locust St, Des Moines, IA 50309-3038 |
| 5021106 | + | Better Homes and Gardens Quilting, 1716 Locust St, Des Moines, IA 50309-3038 |
| 5021109 | + | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5021122 | + | First United Bank & Trust, 19 S. Second Street, Oakland, MD 21550-1517 |
| 5021123 | + | Manufactures & Trade, One Fountain Pl/3rd Fl, Buffalo, NY 14203-1420 |
| 5021124 | + | Rodale, PO Box 3073, Harlin, IN 51593-0137 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | May 17 2023 18:43:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 5021107 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2023 18:45:30 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 5021108 | + | Email/Text: ebn@carepayment.com | May 17 2023 18:43:00 | Care Payment, PO Box 2398, Omaha, NE 68103-2398 |
| 5021114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2023 18:45:37 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5021115 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2023 18:45:38 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 5021117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2023 18:43:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5021118 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2023 18:43:00 | Comenity Bank/Sportsmans Guide, Po Box 182125, Columbus, OH 43218-2125 |
| 5021119 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 17 2023 18:43:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburg, PA 15205-3956 |
| 5022952 | | Email/Text: mrdiscen@discover.com | May 17 2023 18:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5021120 | + | Email/Text: mrdiscen@discover.com | May 17 2023 18:43:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 5021112 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2023 18:45:36 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5021113 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2023 18:45:29 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 5049890 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2023 18:45:23 | JPMorgan Chase Bank, National Association, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 5049386 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 18:45:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5022355 | + | Email/Text: camanagement@mtb.com | May 17 2023 18:43:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 5043309 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 18:43:00 | Midland Funding, LLC, Midland Credit Management, Inc. as agent, Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5040014 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2023 18:45:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5021861 | + | Email/PDF: rmscedi@recoverycorp.com | May 17 2023 18:45:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5044227 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2023 18:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5047564 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2023 18:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5021125 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 18:45:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5021126 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2023 18:45:30 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5039823 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 17 2023 18:43:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5021121 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 17 2023 18:43:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5021105 | *+ | Better Homes and Gardens, 1716 Locust St, Des Moines, IA 50309-3038 |
| 5021110 | *+ | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5021111 | *+ | Chambersburg Hospital, 760 E Washington St, Chambersburg, PA 17201-2751 |
| 5021116 | *+ | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Jpmorgan Chase Bank National Association pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pamb@fedphe.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Jpmorgan Chase Bank National Association ldoyle@logs.com  LOGSECF@logs.com |
| Nicholas G. Platt | on behalf of Debtor 1 Richard C. Derrick ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Nannette M. Derrick ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Thomas Song | on behalf of Creditor Jpmorgan Chase Bank National Association tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Richard C. Derrick, <br> aka Richard C. Derrick Sr., | Chapter 13 |
| **Debtor 1** | Case No. 1:18−bk−00509−HWV |
| Nannette M. Derrick, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−9417    xxx−xx−1003

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Richard C. Derrick** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 17, 2023

**fnldec** (01/22)